IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS D. CROCK, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 09-426 |
| | ) | |
| v. | ) | Magistrate Judge Bissoon |
| | ) | |
| CITY/TOWN OR BORO OF | ) | |
| MT. LEBANON, PENNA., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On August 18, 2009, the undersigned's Chambers transmitted to Plaintiff two Orders, via First-Class U.S. Mail, at the address: PO Box 16394, Pittsburgh, PA 15242. The Orders were returned to the Court, marked "RETURN TO SENDER[,] ATTEMPTED – NOT KNOWN[,] UNABLE TO FORWARD." *See* Appendix hereto.

A review of Plaintiff's initial filings reveals two possible addresses, differing only in zip codes, "15242" and "15203." *See* Doc. 1-2 at pg. 1 of 5 (IRS Form 1040, identifying 15242); *id.* at pg. 5 of 5 (Motion for IFP, identifying 15242); Doc 1-3 (Complaint, identifying 15203); *and* Doc. 1-4 (Civil Cover Sheet, identifying 15242).

The Clerk's Office entered into CM/ECF Plaintiff's address with the zip code 15242. Because the Court's recent mailings have been returned to sender, the undersigned's Chambers today will mail copies of the August 18th Orders to Plaintiff at both addresses.

It is Plaintiff's obligation, not the Court's, to ensure that his true and accurate mailing address is identified in the record. Therefore, Plaintiff is hereby ORDERED to file a notice of address form with the Clerk's Office, identifying his correct address.

IT IS SO ORDERED.


August 31, 2009                                          s/Cathy Bissoon
                                                         Cathy Bissoon
                                                         United States Magistrate Judge

cc (via email):

All Counsel of Record


cc (via First-Class U.S. Mail):

Thomas D. Crock
PO Box 16394
Pittsburgh , PA  15242

Thomas D. Crock
PO Box 16394
Pittsburgh , PA  15203