IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS D. CROCK, | |
| Plaintiff, | Civil Action No. 09-426 |
| v. | Chief Judge Lancaster |
| | Magistrate Judge Bissoon |
| CITY/TOWN OR BORO OF MT. LEBANON, PENNA., *et al.*, | |
| Defendants. | |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On December 3, 2010, the magistrate judge issued a Report (Doc. 50) recommending that Defendants' Motion for Summary Judgment (Doc. 45) be denied. Service of the Report and Recommendation was made on the parties, and Defendants filed Objections (Doc. 51) on December 17, 2010.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

AND NOW, on this 27th day of Dec, 2010, IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment (**Doc. 45**) is **DENIED**.

The Report and Recommendation of Magistrate Judge Bissoon dated December 3, 2010 (Doc. 50) is hereby adopted as the opinion of the District Court.

_____
Gary L. Lancaster
Chief United States District Judge

cc (via CM/ECF):

All counsel of record