IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THOMAS D. CROCK,  )
    Plaintiff,  )
                                        )
    v.  )  Civil Action No. 09-426
                                        )
CITY/TOWN OR BORO OF MT.  )
LEBANON, PENNA., ET AL.,  )
    Defendants.  )

ORDER OF COURT

AND NOW, this 18th day of March, 2011, the Court has been advised by the parties that the above-captioned action has been settled and that the only matters remaining are the execution of the settlement document, a vote on the settlement by the municipality and compliance with the terms set out in the settlement agreement. As it appears that there is no further action required by the Court at this time, IT IS HEREBY ORDERED that the Clerk mark the above-captioned case closed for statistical purposes.

IT IS FURTHER ORDERED that nothing contained in this Order shall be considered a dismissal or disposition of this action and, should further proceedings therein become necessary or desirable, either party may initiate the same in the identical manner as if this order had not been entered.

IT IS FURTHER ORDERED that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized, including, but not limited to, enforcing settlement.

BY THE COURT:

_____, C.J.
Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record