IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| Thomas D. Crock, | ) CIVIL DIVISION |
| --- | --- |
| Plaintiff, | ) CASE NO: 09-0426 |
| v. | ) JURY TRIAL DEMANDED |
| Brian Henley, Tom Rutowski, and Kevin Smith, | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED, that all claims in this action be withdrawn and dismissed with prejudice.

CIPRIANI & WERNER, P.C.

BY: /s/ Thomas D. Crock
Thomas D. Crock
2600 Josephine Street
Pittsburgh, PA 15203
412-308-1878
td1crock@yahoo.com

Pro Se Plaintiff

BY: /s/ Jason A. Orr
Jason A. Orr, Esquire
P.A. I.D. #: 308194
650 Washington Road, Ste. 700
Pittsburgh, PA 15228
412-563-2500
jorr@c-wlaw.com

Attorney for the Defendants

DATED: 3/29/2011

DATED: 3/29/2011

SO ORDERED, this 30th day of March, 2011.

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge